**Judge:**    Karen A. Overstreet
                          **Chapter:**  13

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

In re:

JOHN GERARD BIANCO and

GAIL ELAINE BIANCO

       Debtors.

IN CHAPTER 13 PROCEEDING
NO. 10-11270-KAO

ORDER CONVERTING CASE
TO A CHAPTER 7 PROCEEDING

BASED UPON the Debtors' Ex Parte Motion to Convert from the above-captioned Chapter 13 Proceeding to a Chapter 7 Proceeding and the Court having reviewed the Motion and documents filed herein and being otherwise fully advised in the premises; it is now hereby

ORDERED that debtors' bankruptcy proceeding is hereby converted to a Chapter 7 bankruptcy proceeding effective immediately; It is further

EX PARTE MOTION TO CONVERT CASE - 1

Law Offices of Christopher A. Benson, PLLC
1814 South 324th Place, Ste. B
Federal Way, WA 98003
(253) 815-6940

1      ORDERED that the Chapter 13 Trustee is hereby authorized to disburse any funds remaining on hand after deducting the Trustee's administrative expenses directly to The Law Offices of Christopher A. Benson, PLLC for the benefit of the debtors.

Dated this _____ day of _____, 2010.

*Karen A. Overstreet*
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Presented by:

/s/Christopher A. Benson
Christopher A. Benson, WSBA #21296
Attorney for Debtors
cbenson@cbenson.com

Approved:

_____
K. Michael Fitzgerald
Chapter 13 Trustee

EX PARTE MOTION TO CONVERT CASE - 2

Law Offices of Christopher A. Benson, PLLC
1814 South 324th Place, Ste. B
Federal Way, WA 98003
(253) 815-6940